Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney for Amayrani Arreguin

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMAYRANI ARREGUIN,<br><br>Defendant. | CASE 1:21-cr-00095-DAD-BAM<br><br>REQUEST FOR MODIFICATION OF PRETRIAL RELEASE CONDITION OF LOCATION MONITOR AND CURFEW ORDER THEREON<br><br>Judge Hon. Barbara A. McAuliffe |

IT IS HEREBY REQUESTED that a pretrial Release Modification be granted to allow a change in the Additional Release Conditions of Release.  It is requested that Item (7)(n), Location Monitoring and Curfew be stricken as a condition of release.

The Eastern District of California held a Detention Hearing on Ms. Arreguin's matter on April 1, 2021.  She was released on certain conditions one of them being that she must participate in the Location Monitoring program and adhere to a Curfew.  (Doc. 65, item (7)(n)).

Frank Guerrero, Intensive Supervision Specialist U. S. Pretrial Service, Ms. Arreguin pretrial officer recommends that the location monitoring and curfew requirement be stricken.  Mr. Guerrero outlined the reasons for his recommendation in an email:

> Ms. Arreguin has secured two jobs.  One is as an agricultural farm laborer where she is in the company of her grandfather the whole time.  The second one is at a local Jack in the Box restaurant.  She is also caring full-time for her fiancé who is incapacitated due to a personal injury he suffered.  She is often having to work

1

early morning hours in the fields so she can be home early enough to help care for her fiancé before she has to leave to work her second job. There have been occasions when she has had to take her fiancé to the emergency room due to medical complications.  (See Declaration of Counsel attached).

Christopher D. Baker, the Assistant U. S. Attorney prosecuting Ms. Arreguin's case stated, in an email: "that defendant's new employment and caregiving responsibilities for her recently injured fiancé constitute sufficient changed circumstances for the Court to consider Pretrial's recommendation that the location monitoring and curfew condition be amended."  (See Declaration).

DATED:   August 19, 2021

/s/Barbara Hope O'Neill
Barbara Hope O'Neill
Attorney for Amayrani Arreguin

DECLATATION OF COUNSEL

I Barbara Hope O'Neill, declare under penalty of perjury as follows:

I am the attorney appointed to represent Amayrani Arreguin in case 1:21-cr-00095-DAD-BAM.

I received the emails, quoted in part in this motion, from Frank Guerrero, Pretrial, and Christopher D. Baker, AUSA.

Signed this 19th day of August 2021 at Fresno, California.

s/s Barbara Hope O'Neill
Barbara Hope O'Neill

/

/

/

2

1

2

### ORDER

3      GOOD CAUSE APPEARING, the above request that conditions of Pretrial Release be

4  modified as to Amayrani Arreguin in Case No. 1:20-cr-00095-DAD is granted and modified as

5  follows:

6      1.   Condition (7)(n) of the "Additional Conditions of Release" (Doc. 65). Location

7           Monitoring and Curfew are stricken.

8      2.   All other pretrial Conditions of Release will remain in full force and effect.

9

10  IT IS SO ORDERED.

11      Dated:   **August 19, 2021**            /s/ *Barbara A. McAuliffe*            _

12                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28