PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>AMAYRANI JARED ARREGUIN,<br><br>                              Defendant. | CASE NO.  1:21-CR-00095-NODJ-BAM<br><br>STIPULATION TO VACATE TRIAL AND SCHEDULE CHANGE OF PLEA; ORDER |

**STIPULATION**

COMES NOW, Defendant, AMAYRANI JARED ARREGUIN., by and through his attorney of record, Barbara O'Neill, and The United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for trial on July 30, 2024 and a trial confirmation hearing on July 15, 2024. ECF 220, 224. Time was previously excluded through July 30, 2024. *Id.*

2. The parties are in active plea negotiations and believe this case will resolve short of trial. By this stipulation, the defendant now moves to vacate the trial and schedule a change of plea on June 17, 2024.

3. The government does not object to and joins in this request.

IT IS SO STIPULATED.

Dated:  May 9, 2024                    PHILLIP A. TALBERT
                                       United States Attorney


                                       /s/ ARIN C. HEINZ
                                       ARIN C. HEINZ
                                       Assistant United States Attorney


Dated:  May 9, 2024                    /s/ BARBARA HOPE O'NEILL
                                       BARBARA HOPE O'NEILL
                                       Counsel for Defendant
                                       AMAYRANI JARED
                                       ARREGUIN

## **ORDER**

        IT IS SO ORDERED that the jury trial set for July 30, 2024 and trial confirmation set for July 15,

2024, as Defendant Arreguin, are vacated. A change of plea hearing is set for **June 17, 2024, at 8:30 a.m.**

**in Courtroom 5 before the District Court Judge.**  Time was previously excluded through July 30, 2024.


IT IS SO ORDERED.

    Dated:   **May 13, 2024**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE