PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00095-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA; ORDER |
| v. | |
| AMAYRANI JARED ARREGUIN, | |
| Defendant. | |

**STIPULATION**

COMES NOW, Defendant, AMAYRANI JARED ARREGUIN., by and through his attorney of record, Barbara O'Neill, and The United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for trial on July 30, 2024 and a trial confirmation hearing on July 15, 2024. ECF 220, 224. Time was previously excluded through July 30, 2024. *Id*. The trial was thereafter vacated and a change of plea scheduled for June 17, 2024.

2. The parties are in active plea negotiations and have verbally reached a potential agreement. Ms. O'Neill requires additional time to discuss the plea with her client and provide a signed plea to the Court. As such, the defendant now moves to continue the change of plea to August 26, 2024.

3. The parties further request that the Court exclude time from July 30,2024 until August 26,2024. Exclusion of time is necessary to ensure continuity of counsel and to ensure counsel has sufficient time to review, investigate, and advise her client of the terms of the plea agreement. August

STIPULATION TO CONTINUE SENTENCING
HEARING; ORDER

1

26, 2024 is the earliest date that the parties are available and the Court is available. The government does not object to and joins in this request.

IT IS SO STIPULATED.

Dated:  June 11, 2024                    PHILLIP A. TALBERT
                                         United States Attorney


                                         /s/ ARIN C. HEINZ
                                         ARIN C. HEINZ
                                         Assistant United States Attorney


Dated:  June 11, 2024                    /s/ BARBARA HOPE O'NEILL
                                         BARBARA HOPE O'NEILL
                                         Counsel for Defendant
                                         AMAYRANI JARED
                                         ARREGUIN


## **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from June 17, 2024, to **August 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **June 11, 2024**                 /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING; ORDER

2