Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney for Amayrani Arreguin

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

AMAYRANI ARREGUIN,

          Defendant.

CASE No:  1:21-CR-00095-NODJ

AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

THE PARTIES HEREBY STIPULATE, that the sentencing date for Amayrani Arreguin be continued from February 10, 2025 to June 16, 2025.

    By previous order, the Court set this matter for sentencing on February 10, 2025.  The parties by this stipulation request to vacate the February 10, 2025 date and continue the sentencing until June 16, 2025.

IT IS SO STIPULATED.

Dated: January 31, 2025

                              /s/Barbara Hope O'Neill
                               Barbara Hope O'Neill
                               Attorney for Amayrani Arreguin

1  Dated: January 31, 2025

2                                                     /s/   Arin C. Heinz
3                                                    Arin C. Heinz
                                                     Assistant United States Attorney
4

5

6                                    **ORDER**

7          IT IS SO ORDERED that the sentencing hearing is continued from February 10, 2025, to

8  **June 16, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

9

10  IT IS SO ORDERED.

11      Dated:   **February 5, 2025**              /s/ Barbara A. McAuliffe
12                                                 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28