Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney for Amayrani Arreguin

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMAYRANI ARREGUIN,<br><br>Defendant. | CASE 1:21-cr-00095-DAD-BAM-3<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE SELF-SURRENDER DATE |

   IT IS HEREBY REQUESTED that the self-surrender date of September 17, 2025 previously ordered by the court be continued to November 26, 2025.  By previous order of the court Amayrani Arreguin was ordered to self-surrender to do her prison sentence on September 17, 2025.

   Ms. Arreguin is the mother of two minor children.  When she was arrested more then 4 years ago her ex, the children's father, left the state and moved with them to Utah.  She was released on pre-trial release soon after her arrest.  In those more then four years the children's father allowed her to see them approximately three times.  He has recently returned with them to California.  Ms. Arreguin learned through recent visits with her children that their living circumstances are unsafe.

   Ms. Arreguin filed an emergency petition with family court.  Her next court date on the matter is September 22, 2025.  She is requesting that family court place the children with her mother for the 18 months she will be in federal prison.  She is asking for a continuance of her self-surrender

date to complete the matter in family court and make sure that her children are in a safe environment.

It is so stipulated:

DATED:   September 10. 2025

/s/ Barbara Hope O'Neill
Barbara Hope O'Neill
Attorney for Amayrani Arreguin

DATED:  September 10, 2025

s/s   Arin C. Heniz
Arin C. Heniz
Assistant United States Attorney

ORDER

Pursuant to the stipulation of the parties and good cause appearing, defendant Amayrani Arreguin self-surrender date into the custody of the U.S. Bureau of Prisons at the designated facility is continued from September 17, 2025, to not later than noon on November 26, 2025.

IT IS SO ORDERED.

Dated:   **September 10, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2