Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney for Amayrani Arreguin

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMAYRANI ARREGUIN,<br><br>Defendant. | CASE 1:21-cr-00095-DAD-BAM -3<br><br>STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE |

   IT IS HEREBY REQUESTED that the self-surrender date of November 26, 2025 previously ordered by the court be continued to December 10, 2025.  By previous order of the court Amayrani Arreguin was ordered to self-surrender to do her prison sentence on November 26, 2025.  She is requesting that her self-surrender date be continued to December 10, 2025.

   Ms. Arreguin is the mother of two minor children.   She has filed an emergency petition with family court.  Her next court date on the matter is at the end of November 2025.  She is requesting that family court place the children with her mother for the 18 months she will be in federal prison.  She is asking for a continuance of her self-surrender date to December 10, 2025 to complete the matter in family court and make sure that her children are in a safe environment.

It is so stipulated:

1

DATED: November 10. 2025

/s/ Barbara Hope O'Neill
Barbara Hope O'Neill
Attorney for Amayrani Arreguin

DATED: November 10, 2025

s/s  Arin C. Heniz
Arin C. Heniz
Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, defendant Amayrani Arreguin's self-surrender date into the custody of the U.S. Bureau of Prisons is continued from November 26, 2025 to not later than noon on to December 10, 2025.

IT IS SO ORDERED.

Dated: **November 10, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2